JEREMY ZIELINSKI
P.O. Box 231
Hagaman, NY 12086

Clerk of the US District Court
Northern District of New York
100 S. Clinton Street, P.O. Box 7367
Syracuse, NY 13261

Re: *McChesney v. Hogan*
NDNY Civ. Action No. 08-CV-1186 (NAM/DEP)

April 2, 2012

Dear Clerk:

Enclosed please find for filing in the above case a motion for limited intervention seeking to unseal all exhibits submitted in support of the defendants' second motion to dismiss (Dkt. No. 38), which are currently maintained under seal (Dkt. No. 42).

Thank you for your attention to this matter.

Sincerely,

JEREMY ZIELINSKI

Enclosures

cc: file

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

---

DAVID MCCHESNEY

        Plaintiff,

v.

MICHAEL F. HOGAN, Commissioner,
New York State Office of Mental Health, et al.,

        Defendants.

---

**NOTICE OF MOTION FOR LIMITED INTERVENTION**

Civil Action No.
9:08-CV-1186 (NAM/DEP)

PLEASE TAKE NOTICE, that upon the annexed affidavit of JEREMY ZIELINSKI, sworn to on April 2, 2012, with accompanying exhibits "A" and "B;" the accompanying memorandum of law and all prior pleadings and proceedings had herein, the movant-proposed intervenor JEREMY ZIELINSKI, Pro Se, will move this Court before the Honorable David E. Peebles, U.S.M.J., at the United States Courthouse, 100 S. Clinton Street, Syracuse, NY 13261 on May 4, 2012 at 2:00 in the afternoon of that day, or as soon thereafter as counsel can be heard, for an Order granting proposed Intervenor's motion to intervene pursuant to Fed. R. Civ. P. 24 for the limited purpose of seeking an Order, pursuant to Fed. R. Civ. P. 60(b)(6), vacating this Court's December 5, 2011 Order sealing Exhibits A through I to defendants' second motion for summary judgment, Dkt. No. 38, currently maintained under seal at Dkt. No. 42, and requiring defendants to file said exhibits publicly, and for such other and further relief as may be deemed just and proper.

Dated: Hagaman, New York
      April 2, 2012

*[signature]*
JEREMY ZIELINSKI
Movant-Proposed Intervenor, Pro Se
P.O. Box 231
Hagaman, NY 12086

To:    Adele Taylor Scott
        Assistant Attorney General
        Attorney for Defendants
        The Capitol
        Albany, NY 12224-0341

        David McChesney (#25527-604)
        Central New York Psychiatric Center
        P.O. Box 300
        Marcy, NY 13403